Case Name: SCHROEDER, MARK W.
          SCHROEDER, BRANDY M.
          AKA TOMMAN, BRANDY M.
Case No:  06-72297

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 15, 2008        WILLIAM T. NEARY
                                          United States Trustee, Region 11

                                BY:   */s/ Carole J. Ryczek*
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee