IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>SCHROEDER, MARK W<br>SCHROEDER, BRANDY M<br><br>TOMMAN, BRANDY M<br>          Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-72297 BARB<br><br>JUDGE Manuel Barbosa |

AMENDED
**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         211 S. Court Street
         Rockford, IL 61101
    on:  Monday, January 26, 2009
    at:  9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        9,001.30

    b. Disbursements                         $        2,489.11

    c. Net Cash Available for Distribution   $        6,512.19

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG<br>(Trustee Fees) | 0.00 | $1,650.13 | |
| MEGAN G. HEEG<br>(Trustee Expenses) | 0.00 | | $70.65 |
| Gomez, May, Schutte, Yeggy, Bieber & Wells<br>(Trustee's Attorney Fees) | 1,800.00 | $0.00 | |

|   |   |   |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 1,650.13 |
| 2. Trustee Expenses (See Exhibit E) | $ | 70.65 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 2,489.11 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | n/a |

5. The Bar Date for filing unsecured claims expired on 07/02/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 4,209.89 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 28,614.66 |

7. Trustee proposes that unsecured creditors receive a distribution of 16.74% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $2,489.11. Professional's compensation and expense requested but not yet allowed is $4,209.89. . The total of Chapter 7 professional fees and expenses requested for final allowance is $4,209.89. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit F.)

9. A fee of $600.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10. A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: _____        RESPECTFULLY SUBMITTED,

By: /s/ Megan G. Heeg
    MEGAN G. HEEG, Trustee
    Ehrmann Gehlbach Badger & Lee
    215 E. First St.
    P.O. Box 447
    Dixon, IL  61021
    Telephone # (815) 288-4949