IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> SCHROEDER, MARK W <br> SCHROEDER, BRANDY M <br><br> TOMMAN, BRANDY M <br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 06-72297 BARB <br><br> JUDGE Manuel Barbosa |

AMENDED

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT
        211 S. Court Street
        Rockford, IL 61101
   on:  Monday, January 26, 2009
   at:  9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $        9,001.30

   b. Disbursements                         $        2,489.11

   c. Net Cash Available for Distribution   $        6,512.19

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $1,650.13 | |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | | $70.65 |
| Gomez, May, Schutte, Yeggy, Bieber & Wells (Trustee's Attorney Fees) | 1,800.00 | $0.00 | |

|   |   |   |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 1,650.13 |
| 2. Trustee Expenses (See Exhibit E) | $ | 70.65 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 2,489.11 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | n/a |

5. The Bar Date for filing unsecured claims expired on 07/02/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 4,209.89 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 28,614.66 |

7. Trustee proposes that unsecured creditors receive a distribution of 16.74% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $2,489.11. Professional's compensation and expense requested but not yet allowed is $4,209.89. . The total of Chapter 7 professional fees and expenses requested for final allowance is $4,209.89. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit F.)

9. A fee of $600.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10. A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: _____    RESPECTFULLY SUBMITTED,

By: /s/ Megan G. Heeg
MEGAN G. HEEG, Trustee
Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL  61021
Telephone # (815) 288-4949

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 1                    Date Rcvd: Dec 16, 2008
Case: 06-72297                Form ID: pdf002             Total Served: 32

The following entities were served by first class mail on Dec 18, 2008.
db           +Mark W Schroeder,    1231 15th Ave.,    Fulton, IL 61252-1149
jdb          +Brandy M Schroeder,    1231 15th Ave.,    Fulton, IL 61252-1149
aty          +David H Carter,    Rockford Bankruptcy Clinic,    One Court Place   Suite 401,
               Rockford, IL 61101-1042
11045598     +AV Transportation,    2103 9th Ave,    Camanche, IA 52730-9600
11045596     +Allied Business Accounts,    Box 1600,    Clinton, IA 52733-1600
11045597     +Allied Data,    1311 Westheimer Suite 400,    Houston, TX 77006
11045600     +Boyazian Law Office,    201 Route 17 North 5th Floor,    Rutherford, NJ 07070-2597
11045601     +Clinton ER,   Box 643440,    Cincinnati, OH 45264-3440
12258897      Crime Victim Assistance Division IA,    Ruth Walker,    Crime Victim Assist. Division,    Lucas Bldg,
               Des Moines, IA 50319
11045602     +Eastern Iowa Creditors,    Box 37,    Clinton, IA 52733-0037
11045603     +Focus Receivables,    Box 725069,    Atlanta, GA 31139-2069
11045604     +Gateway Anesthesiology,    Box 944,    Clinton, IA 52733-0944
11045605     +Gateway Medical,    Box 2660,    Waterloo, IA 50704-2660
11045606     +Gateway Pathology,    Box 336,    Clinton, IA 52733-0336
11045607     +Harvard Collectors,    4839 N. Elston,    Chicago, IL 60630-2589
11045608      Heritage ER,   Box 8147,    Philadelphia, PA 19101
11045609     +Lloyd Plan Inc.,    204 4th Ave.,    Clinton, IA 52732-4311
11045612      Medical Associates,    9156 13th Ave. North,    Clinton, IA 52732
11045613      Mercy Med. Center,    1410 North South St.,    Clinton, IA 52732
11045614     +Morrison Community Hosp.,    303 N. Jackson St.,    Morrison, IL 61270-3099
11045615     +NCO Financial,    507 Prudential Rd.,    Horsham, PA 19044-2368
11045616     +OSI Collection,    Box 987,    Brookfield, WI 53008-0987
11045617     +Pain Consultants,    Box 310163,    Des Moines, IA 50331-0001
11045618     +Professional Collection Service,    Box 76,    Freeport, IL 61032-0076
11045620     +RBCA Account Management,    312 Locust,    Sterling, IL 61081-3539
11045619     +Radiology Group,    1970 E. 53rd St.,    Davenport, IA 52807-2710
11045621      Retreival Master Crediters Bureau,    2269 S. Saw Mill Rd. Building 3,    Elmsford, NY 10523
11045622     +Rock River,    312 Locus St.,    Sterling, IL 61081-3539
11045625     +TRi-State Adjustments, Freeport,    Box 883,    Freeport, IL 61032-0883
11045623     +The CBE Group, Inc.,    Box 3251,    Milwaukee, WI 53201-3251
11045624     +Today Dental,    1801 Manufaturing Dr.,    Clinton, IA 52732-6730
The following entities were served by electronic transmission on Dec 17, 2008.
tr           +E-mail/Text: KATHY@EGBBL.COM                                   Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Garth M Carlson
11045599*    +AV Transportation,    2103 9th Ave,    Camanche, IA 52730-9600
11045610*    +Lloyd Plan Inc.,    204 4th Ave.,    Clinton, IA 52732-4311
11045611*    +Lloyd Plan Inc.,    204 4th Ave.,    Clinton, IA 52732-4311
                                                                                              TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 18, 2008**                    **Signature:** *Joseph Speetjens*